**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2064**

---

ORETHA STEPP, Surviving spouse (divorced) of
Harold Willis,

          Petitioner,

    versus

DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF
LABOR; UNITED STATES STEEL MINING COMPANY,
INCORPORATED,

          Respondents.

---

On Petition for Review of an Order of the Benefits Review Board.
96-0210-BLA)

---

Submitted: April 15, 1997         Decided: May 29, 1997

---

Before WIDENER and WILKINS, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Oretha Stepp, Petitioner Pro Se. Patricia May Nece, Jill M. Otte,
UNITED STATES DEPARTMENT OF LABOR, Washington, D.C.; Howard Gerald
Salisbury, Jr., KAY, CASTO, CHANEY, LOVE & WISE, Charleston, West
Virginia, for Respondents.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C.A. §§ 901-945 (West 1986 & Supp. 1997). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. Stepp v. Director, Office of Workers' Compensation Programs, No. 96-0219-BLA (B.R.B. June 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED